MICHELLE R. BURROWS OSB 86160
618 NW Glisan, Ste. 203
Portland OR 97209
503/241-1955
503/241-3127(facsimile)
e-mail: mrburrows@qwestoffice.net
    Attorneys for Claimant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. CV11-164MA |
|     Plaintiff ) | |
| ) | CLAIM |
| v. ) | |
| ) | Kiet Anh Nguyen |
| Real Property 2915 NE Rocky Butte Rd. ) | |
| ) | |
|     Defendants ) | |
| ) | |
| AND ) | |
| ) | |
| KIET ANH NGUYEN ) | |
| ) | |
|     Claimant ) | |

Claim for Seized Property

Kiet Anh Nguyen claims the seized property res defendant 2915 NE Rocky Butte Rd.

1.

Claimant asserts rights to file this claim based upon his ownership and title to the subject property described herein.

2.

The subject property defendants should be returned to Claimant for the reason that the

Page 1 — CLAIM

property was not, and is not, subject to seizure or forfeiture under 21 U.S.C.841 because the seized res was legitimately obtained and does it represents the proceeds of criminal activity, including, without limitation, money laundering. Claimant herein has no information or knowledge about any illegal use of the property and is an "innocent owner" or bona fide purchaser.

3.

Claimant further asserts that the filing of this Claim in no way waives any defenses including those against the process and service of this action on Claimant or the defendant property.

VERIFICATION

STATE OF OREGON         )
                        )  ss.
COUNTY OFMULTNOMAH      )

I, Kiet Anh Nguyen, declare herein under penalty of perjury that the property seized in the above captioned matter, does, in fact, belong to me and that I have the right to defend this action.

_/s/ Kiet Anh Nguyen_
Kiet Anh Nguyen