Michelle R. Burrows OSB 86160
Attorney at Law
22586 SW Park St.
Sherwood OR 97140
503/241-1955
503/241-3127 fax
Michelle.r.burrows@gmail.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 3:11-CV-00164-MA |
| v. | |
| **2915 NE ROCKY BUTTE ROAD, MULTNOMAH COUNTY, STATE AND DISTRICT OF OREGON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*, | **WITHDRAWAL OF CLAIM AND ANSWER OF CLAIMANTS MINHTHY NGUYEN, KIET ANYH NGUYEN and HUY ANH NGUYEN** |
| **And** | |
| **14119 SE BELLA VISTA CIRCLE, CLARK COUNTY, STATE AND DISTRICT OF WASHINGTON, REAL PROPERTY WITH BUILDINGS, APPURTENANCES, AND IMPROVEMENTS,** *in rem*, | |
| Defendants. | |

Claimants, **MINHTHY NGUYEN, KIET ANYH NGUYEN and HUY ANH NGUYEN**, hereby knowingly and voluntarily withdraws each of their claims and answers filed in the above-captioned case.

Dated this 11th day of December 2012

        Respectfully submitted

        /s/Michelle R Burrows
        Michelle R. Burrows OSB86160
        Attorney for Claimants